COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re M.D. Mark, Inc.

Appellate case number:    01-15-00017-CV

Trial court case number:  2014-34393

Trial court:                        190th District Court of Harris County

On January 8, 2015, relator M.D. Mark, Inc. filed a petition for writ of mandamus challenging the trial court's October 29, 2014 order denying the motion to appear *pro hac vice* filed by Dan Bonifazi. The Court requests a response to the petition for writ of mandamus from the real parties in interest. It is ordered that the response of any interested party shall be due no later than **Thursday, January 22, 2015**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland _____

☑ Acting individually     ☐ Acting for the Court

Date: January 12, 2015 _____